The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN GERALD HEILAND,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>THE BOEING COMPANY,<br><br>Garnishee. | NO. 3:15-MC-05023-BHS<br><br>(3:14-CR-05188-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, The Boeing Company, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee The Boeing Company filed an Answer on July 9, 2015, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control a Pension Value Plan for Employees of The Boeing Company (tax-qualified retirement plan), in which Mr. Heiland has a 100% nonexempt interest, and would be vested in a monthly pension benefit of $1,321.74 per month starting 12/1/2023.

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Kevin Gerald Heiland and The Boeing Company*, USDC#: 3:15-MC-05023-BHS/3:14-CR-05188-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about June 19, 2015, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, The Boeing Company, shall pay to the United States District Court for the Western District of Washington, nonexempt monthly proceeds, upon each period of time when Defendant/Judgment Debtor Heiland is entitled to receive such funds beginning on December 1, 2023 (less federal tax withholding paid to the Internal Revenue Service), and shall continue said payments until Defendant/Judgment Debtor's debt is paid in full or until further order of this Court. This includes all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Heiland's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:14-CR-05188-BHS-1 and 3:15-MC-05023-BHS, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

[PROPOSED] CONTINUING GARNISHEE ORDER  (*USA v. Kevin Gerald Heiland and The Boeing Company*, USDC#: 3:15-MC-05023-BHS/3:14-CR-05188-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  DATED this 25 day of August, 2015

```
                    [signature]
                    _____
                    JUDGE BENJAMIN H. SETTLE
                    United States District Court Judge
```

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Kevin Gerald Heiland and The Boeing Company*, USDC#: 3:15-MC-05023-BHS/3:14-CR-05188-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970